UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ANDREW D. SOLORZANO, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 25-40050-MRG |
| CHIEF DESERT, et al., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**
**January 20, 2026**

**GUZMAN, D.J.**

Andrew Solorzano, a resident of Sturbridge, Massachusetts, initiated this action by filing a *pro se* complaint. Doc. No. 1. On July 29, 2025, Plaintiff was granted leave to proceed *in forma pauperis* and was ordered to file an amended complaint that sets forth a plausible claim upon which relief may be granted. Doc. No. 4. Now before the Court is Plaintiff's Amended Complaint. Doc. No. 6. Upon review, the Court hereby orders:

1. The Clerk shall issue summonses for defendants Chief Thomas Desert, Sargeant Sean Paine, Officer Scott Crevier, Officer Nicole Patterson, and the Town of Sturbridge.

2. Plaintiff is responsible for ensuring that the summons, amended complaint, and this order are served on the defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure. "Any person who is at least 18 years old and not a party may serve a summons and complaint." Fed. R. Civ. P. 4(c)(2). Because Plaintiff is proceeding *in forma pauperis*, he may also elect to have service completed by the United States Marshals Service ("USMS"). *See* Fed. R. Civ. P. 4(c)(3). If Plaintiff chooses to have service completed by the USMS, he shall provide

the agency with a copy of this order for its own records, together with all papers for service (the summons, copies of the summons, the amended complaint, and this order) on the defendants and a completed USM-285 form for each defendant.  The USMS shall complete service as directed by Plaintiff with all costs of service to be advanced by the United States.  The Clerk shall provide Plaintiff with blank USM-285 forms and instructions for service by the USMS.

3. Service must be completed within 90 days of the date the summonses issue. Failure to complete service in a timely fashion may result in dismissal of this action without prior notice to Plaintiff.  *See* Fed. R. Civ. P. 4(m); Local Rule 4.1 (D. Mass.).  If Plaintiff elects to ask the USMS to complete service, he must provide all papers for service and a completed USM-285 form to the agency well before this deadline.

**So Ordered.**

/s/ Margaret R. Guzman
MARGARET R. GUZMAN
UNITED STATES DISTRICT JUDGE

Dated:  January 20, 2026